Ernest PRATER

v.

Lowell HOWARD.

Court of Appeals of Kentucky.

June 19, 1959.

Joe Hobson, Prestonsburg, for appellant.

W. W. Burchett, Prestonsburg, for appellee.

PER CURIAM.

This case is before us on motion for an appeal (under KRS 21.080) from a judgment for $500 awarded the appellee for damages to his 1953 one and a half ton Dodge truck.

The sole issue presented is whether the appellant was entitled to a directed verdict. We find that he was not, so the motion for an appeal is overruled and the judgment is affirmed.